*In re* REINALDO RAMOS VALENTÍN.

*Número:* TS-4658          *Resuelto:* 29 de abril de 2005

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Vista la Moción en Cumplimiento de Orden, presentada por la Lcda. Carmen H. Carlos, Directora de la Oficina de

Inspección de Notarías, se autoriza la reinstalación del Lic. Reinaldo Ramos Valentín al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*